USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
MIGUEL RAMIREZ,                                                :     22-cv-6981-GHW
                                                               :
                                            Movant,            :
            -against-                                          :     1:17-cr-290-GHW
                                                               :
                                                               :     ORDER
UNITED STATES OF AMERICA,                                      :
                                                               :
                                            Respondent.        :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Movant is reminded that, per the Court's August 25, 2022 order, he has thirty days from the date of service of Respondent's answer to file a response. *See* Dkt. No. 672. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

      SO ORDERED.

Dated: October 22, 2022
       New York, New York

                                                     GREGORY H. WOODS
                                                     United States District Judge